## Commonwealth *v.* Lewis, Appellant.

Argued June 12, 1974. *Joseph L. Torak,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.

## Commonwealth *v.* Matthews, Appellant.

Argued June 11, 1974. *Jon J. Auritt,* with him *Schroeder, Jenkins & Raymond,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and PRICE, JJ., absent.